DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PALM BEACH COUNTY SCHOOL BOARD,**
Appellant,

v.

**LOUISE HOLLYWOOD** and **PAUL MCALEENAN,**
Appellees.

No. 4D20-2523

[April 15, 2021]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald Hafele, Judge; L.T. Case No. 50-2019-CA-013055-XXXX-MB.

Sean Fahey, Office of General Counsel, The School Board of Palm Beach County, Florida, West Palm Beach, for appellant.

Michael R. Odrobina of Nosich & Ganz, Attorneys at Law, Coral Gables, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***